# EXHIBIT 2



390 Plandome Road, Suite 204
Manhasset, NY 11030

# INVOICE

**BILL TO**
National Salvage and Service Corp.
6755 S. Old State Rd. 37
Bloomington, Indiana  47401

**INVOICE #** NP2201020
**DATE** 01/07/2022

**TERMS** Due on receipt

**M/V**
Poland Pearl

**C/P DATE**
20 Jul 2021

| ACTIVITY | USD |
|---|---|
| **Demurrage** <br> Plus demurrage at Puerto Cortez | 337,062.60 |

BALANCE DUE  **$337,062.60**

Banking Instructions as follows:
Bank Name: Citibank N.A.
Bank Address:  Manhasset, New York
Swift Code:  CITIUS33
ABA:  021000089   ACH:  021000089
For credit to:  Ifchor North America LLC
Account number: 6780822941