# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NATIONAL SALVAGE & SERVICE CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 2022-___-___ |
| SULLA VALLEY BIOGAS, SA DE C.V. and HONDURAN GREEN POWER CORPORATION, | ) ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) | |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rules of Civil Procedure 7.1, the undersigned counsel for plaintiff National Salvage & Service Corporation, which are non-governmental corporate entity, make the following disclosure statement:

(1)  National Salvage & Service Corporation's parent company is Zebulun Mountains, Inc.;

(2)  As of the date of the pleading, no publicly held corporation owns 10% or more of National Salvage & Service Corporation; and

(3)  National Salvage & Service Corporation is not a publicly-traded company.

| | |
|---|---|
| OF COUNSEL:<br><br>Riddhi Dasgupta, *Pro Hac Forthcoming*<br>TAFT STETTINIUS & HOLLISTER LLP<br>200 Massachusetts Ave NW, Suite 500<br>Washington, DC  20001-5875<br>Tel. (202) 664-1564<br>sdasgupta@taftlaw.com<br><br>Adam Zacher, *Pro Hac Forthcoming*<br>TAFT STETTINIUS & HOLLISTER LLP<br>One Indiana Square, Suite 3500<br>Indianapolis, IN  46204<br>Tel. (317) 713-3500<br>azacher@taftlaw.com<br><br>Dated: October 28, 2022 | */s/ Christopher Fitzpatrick Cannataro*<br>John M. Seaman (#3868)<br>Christopher Fitzpatrick Cannataro (#6621)<br>ABRAMS & BAYLISS LLP<br>20 Montchanin Road, Suite 200<br>Wilmington, DE  19807<br>Tel. (302) 778-1000<br>seaman@abramsbayliss.com<br>cannataro@abramsbayliss.com<br><br>*Attorneys for Plaintiff National Salvage & Service Corporation* |