# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| NATIONAL SALVAGE & SERVICE CORPORATION, | |
| Plaintiff, | |
| v. | C.A. No. 22-1428-TMH |
| SULA VALLEY BIOGAS, SA DE C.V., AND HONDURAN GREEN POWER CORPORATION, | **JURY TRIAL DEMANDED** |
| Defendants. | |

## APPLICATION FOR CLERK'S ENTRY
## OF DEFAULT AGAINST DEFENDANTS

Plaintiff, National Salvage & Service Corporation, ("NSSC" or "Seller"), pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, hereby requests that the Clerk of the United States District Court for the District of Delaware enter a default against Defendants, Sula Valley Biogas, SA de C.V. ("Sula Valley") and Honduran Green Power Corporation ("HGPC") for their failure to plead or otherwise respond in this action. This Application is supported by the Declaration of Christopher Fitzpatrick Cannataro, Esq., attached hereto as Exhibit A.

This application is properly before this Court. The Court has subject-matter jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1). The Court has personal jurisdiction over Defendants by consent of the parties under their Sale of Goods Agreement.

OF COUNSEL:

Riddhi Dasgupta, *Pro Hac Forthcoming*
TAFT STETTINIUS & HOLLISTER LLP
200 Massachusetts Ave NW, Suite 500
Washington, DC  20001-5875
Tel. (202) 664-1564
sdasgupta@taftlaw.com

Adam D. Zacher, *Pro Hac Forthcoming*
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, IN  46204
Tel. (317) 713-3500
azacher@taftlaw.com

*/s/ Christopher Fitzpatrick Cannataro*
John M. Seaman (#3868)
Christopher Fitzpatrick Cannataro (#6621)
ABRAMS & BAYLISS LLP
20 Montchanin Road, Suite 200
Wilmington, DE  19807
Tel. (302) 778-1000
seaman@abramsbayliss.com
cannataro@abramsbayliss.com

*Attorneys for Plaintiff National Salvage &*
*Service Corporation*

Dated:  January 20, 2023