# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| NATIONAL SALVAGE & SERVICE CORPORATION,<br><br>Plaintiff,<br><br>V.<br><br>SULA VALLEY BIOGAS, SA DE C.V. and HONDURAN GREEN POWER CORPORATION,<br><br>Defendants. | C.A. No. 22-1428-TMH |

# UNSWORN DECLARATION OF
# <u>CHRISTOPHER FITZPATRICK CANNATARO</u>

I, Christopher Fitzpatrick Cannataro, declare as follows:

1. I am an attorney at the law firm of Abrams & Bayliss LLP and represent Plaintiff, National Salvage & Service Corporation, ("NSSC" or "Seller") in the above-referenced matter.

2. This Declaration is submitted for enabling the Clerk of the United States District Court for the District of Delaware to enter a default against Defendants, Sula Valley Biogas, SA de C.V ("Sula Valley") and Honduran Green Power Corporation ("HGPC") under Federal Rule of Civil Procedure 55(a).

3. On October 28, 2022, NSSC filed its Complaint (the "Complaint") against Sula Valley and HGPC.

4. On November 17, 2022, Sula Valley and HGPC were properly served with a copy of the summons and Complaint. Proof of Delivery and the Court's Affidavit of Service are attached hereto as Exhibit 1.

5. Under Rule 12 (a)(1)(A)(i) of the Federal Rules of Civil Procedure, HGPC and Sula Valley had 21 days, up to and including December 8, 2022, to answer or otherwise respond to the Complaint. *See, e.g.*, *Leon v. Continental AG*, 176 F. Supp. 3d 1315, 1319 (S.D. Fla. 2016) ("The time periods for responding to a complaint set[ ]forth in Fed. R. Civ. P. 12(a)(1)(A) apply to a defendant served abroad."); *SCRA Corp. v. Trajes Internationales de Costa Rica, S.A.*, 1999 WL 718650, at *1–3 (E.D. Pa. August 30, 1999) (concluding that Fed. R. Civ. P. 12(a)(1)(A) applies to a defendant served abroad).

6. As of the date of this Declaration, neither HGPC nor Sula Valley have answered or otherwise responded to the Complaint.

7. Sula Valley and HGPC are corporations and therefore neither incompetent nor minors.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 20, 2023

_____
Christopher Fitzpatrick Cannataro

# EXHIBIT 1

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| National Salvage & Service Corporation | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CA: 22-1428-GBW |
| | ) | |
| Sulla Valley Biogas, SA DE C.V. et al | ) | |
| | ) | |
| Defendant, | ) | |

## AFFIDAVIT

      I, Samantha M. Grimes, Deputy Clerk, being first sworn, depose and say that pursuant to Rule 4(f)(2)(C)(ii) of the Federal Rules of Civil Procedure, I did send on November 14, 2022, by UPS, the Summons, Complaint with Exhibits, Plaintiff's 7.1 Disclosure Statement, Affidavit of Christopher Cannataro, and Notice/Consent of Availability of a United States Magistrate Judge to Exercise Jurisdiction forms in the above referenced case to the following addresses:

Sulla Valley Biogas, SA DE C.V.
Attention: President
Zona Libre Zip Choloma
Carretera La Jutosa
Choloma, Cortes, 21112
Hondura

Honduran Green Power Corporation
Attention: President Jesus Juan Canahuati
Zola Zip Choloma II, KM 1.5
Carretra La Jutosa
Choloma, Cortes, 21112
Honduras

_____
Samantha Grimes
Deputy Clerk

Sworn to and subscribed before me
this 16th day of November 2022

_____
V. Mena
Deputy Clerk





### Shipping Receipt

Mail Express & Services, LLC

24A Trolley Square

Wilmington Delaware, 19806

302-652-0808

### PROCESS A DROP OFF PACKAGE/SHIPMENT

Date: 11/14/2022

Carrier: UPS

*Track your package at* **UPS.Com**

*Thank you for using Mail Express and Services for your shipping needs.*

**Tracking No.:**

1Z21201XD987002426

1Z21201X0420337007

Signature: N

This receipt lists each package received by the identified store intended for tendering to UPS for delivery services and indicates that the store has transmitted information on the listed packages to UPS data systems. This receipt is not confirmation that the store has tendered any or all of the listed packages to UPS. To verify when and if a package is tendered to UPS and its actual transit status, go to www.UPS.com.

**Mail Express is not responsible for Damage, stolen, misdelivery, outside this facility.**

**Signature:**

OFFICE OF THE CLERK<br>
**UNITED STATES DISTRICT COURT**<br>
DISTRICT OF DELAWARE

John A. Cerino
CLERK OF COURT

844 North King Street, Unit 18
Wilmington, DE 19801-3570
www.ded.uscourts.gov
(302) 573-6170

November 14, 2022

**VIA UPS**
**RETURN RECEIPT REQUESTED**

Sulla Valley Biogas, SA DE C.V.
Attention: President
Zona Libre Zip Choloma
Carretera La Jutosa
Choloma, Cortes, 21112
Hondura

Honduran Green Power Corporation
Attention: President Jesus Juan Canahuati
Zola Zip Choloma II, KM 1.5
Carretra La Jutosa
Choloma, Cortes, 21112
Honduras

RE: National Salvage & Service Corporation v. Sulla Valley Biogas et al
Civil Action No. 22-1428-GBW

Dear Sir or Madam:

Enclosed please find the Summons, Complaint with Exhibits, and Plaintiff's 7.1 Disclosure Statement, and Letter request with supporting affidavit by Christopher Cannataro for Service. This service is made pursuant to Federal Rules of Civil Procedure, Rule 4 (f)(2)(C)(ii).

Also enclosed are Notice/Consent of Availability forms for Exercise of Jurisdiction by a United States Magistrate Judge.

Sincerely,

JOHN A. CERINO
Clerk

By: S. Grimes
Deputy Clerk

cc: Christopher Fitzpatrick Cannataro, Esquire
Enc.



**Shipment Receipt:   Page #1 of 1**
THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS.

SHIP DATE:
MON 14 NOV 2022

EXPECTED DELIVERY DATE:
WED 16 NOV 2022 EOD
SHIP FROM:
DISTRICT OF DELAWARE
U.S DISTRICT COURT
844 N KING ST
WILMINGTON  DE 19801

(302) 573-6170

SHIP TO:
HONDURAN GREEN POWER CORP
ATTN PRES. JESUS JUAN CANAHUANTI
ZOLA ZIP CHOLOMA II, KM 1.5
CARRETERA LA JUTOSA
CHOLOMA 21112
HONDURAS
BUSINESS
3027781153
SHIPPED THROUGH:
THE UPS STORE #1391
WILMINGTON,DE 19807-2018
(302) 429-9780

SHIPMENT INFORMATION:
UPS WORLDWIDE SAVER
1 lb 0.0 oz manual wt
1.000 lb billable wt
CARRIER LETTER
SIG REQ (W/DELV CONFIRM)

TRACKING NUMBER: 1Z21201XD987002426
SHIPMENT ID: MMAWYPK8RA3KA
SHIP REF 1: 11/14/22L
SHIP REF 2: - -

DESCRIPTION OF GOODS:
COMPLAINT & SUMMONS

SHIPMENT CHARGES:
WORLDWIDE SAVER         124.00
SERVICE OPTIONS          11.80
FUEL SURCHARGE           31.57
CMS PROCESSING FEE        0.22

TOTAL                  $167.59

COMPLETE ONLINE TRACKING: ENTER THIS ADDRESS IN YOUR WEB BROWSER TO TRACK:
HTTP://THEUPSSTORE.COM  (SELECT TRACKING; ENTER SHIPMENT ID #)   SHIPMENT
QUESTIONS? CONTACT SHIPPED THROUGH ABOVE.

CUSTOMER ACKNOWLEDGEMENT: I ACKNOWLEDGE AND ACCEPT TERMS & CONDITIONS IN FORCE
FOR TENDERING SHIPMENTS THROUGH THIS LOCATION AND CERTIFY THAT ADDRESS, CONTENTS
AND VALUES PROVIDED FOR THIS SHIPMENT ARE ACCURATE IN ALL RESPECTS.

Signature:

SHIPMENTID: MMAWYPK8RA3KA

Powered by iShip(r)
11/14/2022 03:24 PM Pacific Time F                              The UPS Store


SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.
RRD R 1022



**Shipment Receipt: Page #1 of 1**
THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS.

SHIP DATE:
MON 14 NOV 2022

EXPECTED DELIVERY DATE:
WED 16 NOV 2022 EOD
SHIP FROM:
DISTRICT OF DELAWARE
U.S DISTRICT COURT
844 N KING ST
WILMINGTON  DE  19801

(302) 573-6170

SHIP TO:
SULLA VALLEY BIOGAS, SA DE CV
ATTN:PRESIDENT
ZONA LIBRE ZIP CHOLOMA
CARRETERA LA JUTOSA
CHOLOMA 21112
HONDURAS
BUSINESS
3027781153
SHIPPED THROUGH:
THE UPS STORE #1391
WILMINGTON, DE 19807-2018
(302) 429-9780

SHIPMENT INFORMATION:
UPS WORLDWIDE SAVER
0 lb 12.3 oz actual wt
1.000 lb billable wt

CARRIER LETTER

TRACKING NUMBER: 1Z221201X0420337007
SHIPMENT ID: MMAWYPKKXU3XM
SHIP REF 1: 11/14/22L
SHIP REF 2: - -

DESCRIPTION OF GOODS:
COMPLAINT & SUMMONS

SHIPMENT CHARGES:
WORLDWIDE SAVER         124.00
SERVICE OPTIONS           0.00
FUEL SURCHARGE           28.83
CMS PROCESSING FEE        0.22

TOTAL                  $153.05

COMPLETE ONLINE TRACKING: ENTER THIS ADDRESS IN YOUR WEB BROWSER TO TRACK:
HTTP://THEUPSSTORE.COM  (SELECT TRACKING, ENTER SHIPMENT ID #)  SHIPMENT
QUESTIONS? CONTACT SHIPPED THROUGH ABOVE.

CUSTOMER ACKNOWLEDGEMENT: I ACKNOWLEDGE AND ACCEPT TERMS & CONDITIONS IN FORCE
FOR TENDERING SHIPMENTS THROUGH THIS LOCATION AND CERTIFY THAT ADDRESS, CONTENTS
AND VALUES PROVIDED FOR THIS SHIPMENT ARE ACCURATE IN ALL RESPECTS.

Signature:

SHIPMENTID: MMAWYPKKXU3XM



Powered by iShip(r)
11/14/2022 03:31 PM Pacific Time F

The UPS Store

 SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.
RRD R 1022

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**

1Z21201XD987002426

**Weight**

1.00 LBS

**Service**

UPS Worldwide Saver®

**Shipped / Billed On**

11/14/2022

**Additional Information**

Signature Required

**Delivered On**

11/17/2022 3:30 P.M.

**Delivered To**

SAP, HN

**Received By**

LORENZO TREJO

Please print for your records as photo and details are only available for a limited time.

Sincerely,

UPS

Tracking results provided by UPS: 01/18/2023 4:11 P.M. EST

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**

1Z21201X0420337007

**Weight**

0.80 LBS

**Service**

UPS Worldwide Saver®

**Shipped / Billed On**

11/14/2022

**Delivered On**

11/17/2022 2:00 P.M.

**Delivered To**

SAP, HN

**Received By**

FIRMA

Please print for your records as photo and details are only available for a limited time.

Sincerely,

UPS

Tracking results provided by UPS: 01/18/2023 4:10 P.M. EST